# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HOWARD COHAN,

    Plaintiff,

v.

DOUGLAS CORPORATION OF MICHIGAN, a Michigan corporation,

    Defendant.

_____/

Case No. 2:20-cv-10977

Honorable Bernard A. Freidman

## **STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE**

The Parties, through their respective attorneys, stipulate and agree to a dismissal of Plaintiff's Complaint in its entirety with prejudice and with each party to bear his or its own attorneys' fees and costs. The Parties further stipulate and agree that entry of this Order will resolve all pending claims and close the case.

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| By: /s/ Angela Spears | By: /s/ Shereef Akeel |
| Angela C. Spears (P82653) | Shereef Akeel (P54345) |
| BLACKMORE LAW, PLC. | Akeel & Valentine, PLC. |
| Attorney for Plaintiff | Attorney for Defendant |
| 21411 Civic Center Drive, Suite 200 | 888 W. Big Beaver Road, Suite 420 |
| Southfield, MI 48076 | Troy, MI 48084 |
| (248) 845-8594 | (248) 269-9595 |
| aspears@blackmore.law | shereef@akeelvalentine.com |

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HOWARD COHAN,

    Plaintiff,

v.

DOUGLAS CORPORATION OF MICHIGAN, a Michigan corporation,

    Defendant.

                                                   /

Case No. 2:20-cv-10977

Honorable Bernard A. Freidman

## ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with prejudice and with each party to bear his or its own attorneys' fees and costs. Entry of this order resolves all pending claims and closes the case.

IT IS SO ORDERED.

Dated:  October 27, 2020
         Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge